**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

| | |
|---|---|
| IDS PROPERTY CASUALTY<br>INSURANCE COMPANY | PLAINTIFF/<br>COUNTER DEFENDANT |
| v.   NO. 5:16CV00042 JLH | |
| ROBERT CLANCY and<br>GAYLA CLANCY | DEFENDANTS/<br>COUNTER CLAIMANTS |

## ORDER OF DISMISSAL

Having been notified that a settlement has been reached in this matter, the Court finds that this case should be dismissed.

IT IS THEREFORE ORDERED that the complaint and all claims in this action be, and they are, hereby dismissed with prejudice.

The Court retains complete jurisdiction for thirty (30) days to vacate this order and to reopen the action if it is satisfactorily shown that settlement has not been completed and further litigation is necessary.

IT IS SO ORDERED this 27th day of September, 2016.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE